IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PROPHET PAULCIN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D14-2504

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed October 6, 2014.

An appeal from the Circuit Court for Santa Rosa County.
John L. Miller, Judge.

Prophet Paulcin, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Jennifer J. Moore, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

LEWIS, C.J., CLARK, and MARSTILLER, JJ., CONCUR.